NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ZHEJIANG MEDICINE CO., LTD., ZMC-USA L.L.C.,**
*Plaintiffs-Cross-Appellants*

**v.**

**KANEKA CORPORATION,**
*Defendant-Appellant*

———————————

2018-1618, 2018-1662

———————————

Appeals from the United States District Court for the Southern District of Texas in No. 4:11-cv-01052, Judge Vanessa D. Gilmore.

———————————

## JUDGMENT

———————————

PAUL WHITFIELD HUGHES, Mayer Brown LLP, Washington, DC, argued for plaintiffs-cross-appellants. Also represented by GARY HNATH, BRYAN NESE; BRIAN ROSENTHAL, Gibson, Dunn & Crutcher LLP, New York, NY.

KEITH D. NOWAK, Carter Ledyard & Milburn LLP, New York, NY, argued for defendant-appellant. Also represented by GERALD W. GRIFFIN, WILLIAM F. SONDERICKER;

ROBERT MCGEE BOWICK, JR., Raley & Bowick, LLP, Houston, TX.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2019                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                  Clerk of Court